**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| JOSEPH KURZ #169198 | CIVIL ACTION NO. 21-1965 SEC P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| DARREL VANNOY | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Rec. Doc. 5], and after a *de novo* review of the record, including the objection filed by Petitioner [Rec. Doc. 6], having determined that the findings and recommendation are correct under the applicable law:

**IT IS ORDERED** that the Section 2254 Petition [Rec. Doc. 1] is **DENIED** and **DISMISSED WITH PREJUDICE**.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The Court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

**THUS DONE AND SIGNED** this 10th day of November, 2021.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE